**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Reynaldo Gomez Ayala**
          Petitioner

                                                    CIVIL ACTION
          V.
                                                    NO. **1:26-cv-12564-RGS**


**Wesling et al**
          Respondents


**ORDER OF DISMISSAL**


Stearns, D. J.


     In accordance with the Court's Order entered July 7, 2026 [Doc. No. 11] it is
hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                                         By the Court,


7/7/2026                                  /s/ Jacqueline Martin
   Date                                      Deputy Clerk